**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHELLE LECHUGA, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>VERDE ENERGY USA ILLINOIS, LLC,<br><br>  Defendant. | Case No: 1:19-cv-06449<br><br>Honorable Ronald A. Guzman |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that MICHELLE LECHUGA ("Plaintiff") and VERDE ENERGY USA ILLINOIS, LLC ("Defendant"), hereby notify the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate on filing a stipulation of dismissal with prejudice within 45 days.

Respectfully submitted this 7th day of January, 2020.

                                                                Respectfully submitted,

                                                                *s/ Mohammed O. Badwan*
                                                                Mohammed O. Badwan
                                                                Sulaiman Law Group, Ltd.
                                                                2500 S. Highland Ave., Ste. 200
                                                                Lombard, IL 60148
                                                                Phone: (630) 575-8180
                                                                mbadwan@sulaimanlaw.com
                                                                *Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*s/ Mohammed O. Badwan*