# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Michelle Lechuga

                        Plaintiff,

v.                                                   Case No.: 1:19–cv–06449
                                                                   Honorable Ronald A. Guzman

Verde Energy USA Illinois, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2020:

      MINUTE entry before the Honorable Ronald A. Guzman: This case is dismissed without prejudice with leave to reinstate by 2/26/2020, solely for the purpose of enforcing settlement, at which time the dismissal will automatically convert to a dismissal with prejudice. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.